IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| YEYSON MORATAYA-DIAZ, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | CIVIL ACTION NO. 9:25-CV-00314-MJT |
| WARDEN IAH SECURE ADULT DETENTION FACILITY, SECRETARY KRISTI NOEM, MARCOS CHARLES, TODD LYONS, HON. PAM BONDI, | § § § § § § | |
| *Respondents*. | § § | |

**SHOW CAUSE ORDER**

This cause has been referred to this United States magistrate judge pursuant to 28 U.S.C. § 636. The undersigned has reviewed the Petition and is of the opinion that Petitioner states one or more factual allegations which, if true, may state a cause of action under 28 U.S.C. § 2241. It is therefore

ORDERED that the Clerk of Court shall issue process electronically and the Respondents shall respond to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2243 by December 5, 2025, and show cause why relief prayed for should not be granted.

**SIGNED this the 25th day of November, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE