IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| YEYSON MORATAYA-DIAZ,<br><br>*Petitioner*,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, ICE and Removal Operations; PAMELA BONDI, U.S. Attorney General; and WARDEN, IAH Secure Adult Detention Facility,<br><br>*Respondents*. | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 9:25-CV-00314<br>JUDGE MICHAEL J. TRUNCALE |

**ORDER DENYING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Before the Court is Petitioner Yeyson Morataya-Diaz ("Petitioner")'s Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief (the "Petition"), which was filed on November 20, 2025. [Dkt. 1]. In response to the Court's second Order to Show Cause, Respondents advise the Court that Petitioner was ordered removed from the United States on February 4, 2026. [Dkt. 7 at 2]. Petitioner did not file an appeal by the appropriate deadline, and he was removed from the United States to Guatemala on March 22, 2026. *Id.* Because Petitioner has been removed, the Petition seeking release has been rendered moot.

It is therefore **ORDERED** that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief [Dkt. 1] is hereby **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 23rd day of November, 2026.**

Michael J. Truncale
United States District Judge